IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>                Plaintiffs,<br><br>v.<br><br>HOWE PLUMBING, INC.,<br>An Illinois corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 7049<br>)<br>) Judge Norgle<br>)<br>) Magistrate Denlow<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ORDER OF DEFAULT AND AUDIT

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ, PHILIP BRZOZOWSKI and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, HOWE PLUMBING, INC., an Illinois Corporation,

In support thereof, Plaintiffs state as follows:

1.  This case was filed on December 14, 2007.

2.  Defendant was served with Summons and Complaint on December 20, 2007 as shown on the return of service previously filed.

3.  In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1.  Enter an Order of Default against Defendant.

2. Order Defendant to submit its records for an audit for the period October 1, 2004 through to the present.

                BOARD OF TRUSTEES OF THE
                NORTHERN ILLINOIS BENEFIT FUND,
                et al.

                By:    s/ Philip Brzozowski
                          One of Its Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415