IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br>　　　　　　　　　Plaintiffs, <br><br>v. <br><br>HOWE PLUMBING, INC., An Illinois corporation, <br><br>　　　　　　　　　Defendant. | ) ) ) ) ) ) ) No. 07 C 7049 ) ) ) Judge Norgle ) ) Magistrate Denlow ) ) ) ) ) ) ) |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

1. The Complaint was filed herein on December 14, 2007.

2. Process has been served upon Defendant, HOWE PLUMBING, INC.

3. Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED**:

1. Defendant is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

2. Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from October 1, 2004 to the

present.

3. Defendant is ordered to produce the following records beginning as of October 1, 2004, for examination by Plaintiffs' auditor.

   A. All cash disbursements journals;

   B. All individual payroll records;

   C. All time records which are the basis of the above-mentioned individual payroll records;

   D. All State unemployment tax returns as requested by the Trustees;

   E. All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED:_____

ENTER:_____
**HONORABLE JUDGE NORGLE**

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415