IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>   Plaintiffs,<br><br>v.<br><br>HOWE PLUMBING, INC.,<br>An Illinois corporation,<br><br>   Defendant. | No. 07 C 7049<br><br>Judge Norgle<br><br>Magistrate Denlow |

## NOTICE OF MOTION

**TO:** Attn: Jack Howe  
Howe Plumbing, Inc.  
17743 S. Oak Park Ave  
Tinley Park, IL 60477-3935  

Howe Plumbing, Inc.  
c/o its registered agent, John D. McShane  
6904 W. Cermack  
Berwyn, IL 60402  

**PLEASE TAKE NOTICE** that on **May 2, 2008 at 9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before **Judge Norgle**, in the **Courtroom 2341** usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

Respectfully submitted,

**TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, LOCAL 501, et al.**

By: s/ Philip Brzozowski  
   One of their Attorneys

Donald D. Schwartz  
Philip Brzozowski  
ARNOLD AND KADJAN  
19 West Jackson Blvd.  
Chicago, IL 60604  
(312) 236-0415

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008 I electronically filed the foregoing Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

| | |
|---|---|
| Attn: Jack Howe | Howe Plumbing, Inc. |
| Howe Plumbing, Inc. | c/o its registered agent, John D. McShane |
| 17743 S. Oak Park Ave | 6904 W. Cermack |
| Tinley Park, IL 60477-3935 | Berwyn, IL 60402 |

      **s/Philip Brzozowski**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  April 14, 2008