Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7049 | **DATE** | 7/25/2008 |
| **CASE TITLE** | BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND vs. HOWE PLUMBING | | |

**DOCKET ENTRY TEXT**

Enter Order. Defendant is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs. Defendant to turn over their book and records for audit.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

2008 JUL 28 PM 4:58
CLERK, U.S. DISTRICT COURT
FILED

| | Courtroom Deputy Initials: | EF |
|---|---|---|